UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-62057-WPD

HOWARD COHAN,

    Plaintiff,

vs.

BENNETT MEDICAL PLAZA CONDOMINIUM
ASSOCIATION, INC.,
a Florida Not For Profit Corporation,
d/b/a BENNETT MEDICAL PLAZA

    Defendant(s).
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, BENNETT MEDICAL PLAZA CONDOMINIUM ASSOCIATION, INC., a Florida Not For Profit Corporation, d/b/a BENNETT MEDICAL PLAZA, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against BENNETT MEDICAL PLAZA CONDOMINIUM ASSOCIATION, INC., a Florida Not For Profit Corporation, d/b/a BENNETT MEDICAL PLAZA; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED January 26, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Walter J. Taché** |
| Gregory S. Sconzo, Esq. | Walter J. Taché, Esq. |
| Florida Bar No.: 0105553 | Florida Bar. No. 028850 |
| Samantha L. Simpson, Esq. | TACHE, BRONIS AND DESCALZO, P.A. |
| Florida Bar No.: 1010423 | 150 S.E. 2 Avenue, Suite 600 |
| Sconzo Law Office, P.A. | Miami, Florida 33131 |
| 3825 PGA Boulevard, Suite 207 | Telephone: (305) 537-9565 |
| Palm Beach Gardens, FL 33410 | Facsimile: (305) 537-9567 |

| | |
|---|---|
| Telephone: (561) 729-0940 | wtache@tachebronis.com |
| Facsimile: (561) 491-9459 | service @tachebronis.com |
| Email: greg@sconzolawoffice.com | Attorney for Defendant |
| Email: samantha@sconzolawoffice.com | |
| Email: alexa@sconzolawoffice.com | |
| Attorney for Plaintiff | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

          **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**